THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRI-CHEM SPECIALTY CHEMICALS, LLC d/b/a TRI-CHEM INDUSTRIES, <br><br> Plaintiff, <br><br> vs. <br><br> IMPEDIO ENTERPRISES, LLC and CHRIS SALINAS, <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-00175 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tri-Chem Specialty Chemicals, LLC d/b/a Tri-Chem Industries and Defendants Impedio Enterprises, LLC and Chris Salinas respectfully submit this Joint Notice of Settlement to inform the Court that this case settled at mediation on October 15, 2021. The parties will soon file a joint stipulation of dismissal and corresponding order.

| | |
|---|---|
| **SPENCER FANE LLP** | **THE FEIN LAW FIRM, P.C.** |
| */s/ Jacob Sparks* | */s/ Eric D. Fein* |
| JAMES T. DRAKELEY | ERIC D. FEIN |
| LAURIE N. PATTON | VICKIE S. BRANDT |
| JACOB SPARKS | 16800 Dallas Parkway, Suite 105 |
| SHELBY B. WILSON | Dallas, Texas 75248 |
| 5700 Granite Parkway, Suite 650 | Tel: 214-522-9596 |
| Plano, Texas 75024 | Fax: 214-522-9599 |
| Tel: 972-324-0300 | |
| Fax: 972-324-0301 | |
| | |
| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |